# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID G. MOUNTFORD, | Case No. EDCV 19-2106-SVW (KK) |
| Petitioner, | |
| v. | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| THE PEOPLE, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in <u>de novo</u> review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered (1) denying the Petition for a Writ of Habeas Corpus; and (2) dismissing this action with prejudice. In addition, Petitioner's Request for Stay, dkt. 3, is denied as moot.

Dated:  January 7, 2020

_____
HONORABLE STEPHEN V. WILSON
United States District Judge