**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID G. MOUNTFORD,<br><br>          Petitioner,<br><br>          v.<br><br>THE PEOPLE,<br><br>          Respondent. | Case No. EDCV 19-2106-SVW (KK)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED with prejudice.

Dated: January 7, 2020

HONORABLE STEPHEN V. WILSON
United States District Judge